James Lynn O' Hines 197067
ASPC Florence Eymen Complex SMU II
Box I O 40 SMU II
Florence Az. 85232. #
a.k.a. Jackson Malloy K86989

FILED
APR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

'08 CV 0726 BEN BLM

Southern District Federal Courts of Calif.
880 Front Street Ste 4290
San Diego Ca 92101-8900. #

San Diego County Courts Superior Div.
330 W. Broadway
San Diego Ca. 92101-3827

| | |
|---|---|
| Mr. James Lynn O'Hines 197067<br>V.<br>A.S.P.C. Warden, Dir. Dept of Corr.,<br>Atascadero State Hospital %s et al.<br>as; "Ontiveros, Schelio, and P.O.A. Union."<br>San Luis Obispo to San Diego<br>Santa Barbara to Maricopa and Pinal<br>as; "Region IV Calif Dept of Corr. Parole Dept."<br>Transient Officers Does 1 to approx 45.# | § Torts at 362 §<br>Personal Injury Medical Mal practice.<br><br>Prisoner Petitions at 540 §<br>Mandamus and Other:<br><br>Social Security at 864 §<br>Title XVI. |

A. Jurisdiction,

This Court(s) have jurisdiction by Venue and plaintiff and defendant(s) residenceship as fully applicable under statute: 28 USC § 1367 for Complete Diversity 28 USC § 1332 for over $75,000.00 in Controversy sought by 42 USC § 1346r

This Court has jurisdiction over this action pursuant to: 28 USC § 1343 (a) (3); 42 USC § 1983 28 USC § 1331 Bivens V. Six unknown Federal Narcotics Agents 403 US 388 (1971). 28 USC § 1631 - 1651 transfer of custody, Venue, and Injunction for T.R.O.s and garnishments.

Cause of Action? :

Constitutional or Other Federal Civil Right Violation? XIV th Amend: Deprivation of life liberty w/out due process, equal protection. What? Unusual punishments inflicted VIII th Amend. Pre-conceive conspiracy in a protected activity. Who? Inter-state Compact Agreement Corrections Agents and Plaintiff. plaintiffs Mother. plaintiffs child. How? By 28 USC §§ 2510 - 2520 audio video surveillance as a tracking device. When? 1982 - 89. 1996 - 99. 2004 to 2008 to 2010 E.P.R.O.

Where? State to State Missouri, California, Arizona.

Why? Child Custody and Los Angeles Brentwood Homicides Racially Motivated from 1982 - 1989 - 1996 - 1999 to 2004 to 2008 "Seminoles" Case at Law? Chicago Miracle Temple Church Inc V. Fox. N D ILL. 1995 905 F Supp 1333 pre-conceived conspiracy [illegible] 7.5 (1) Prisoner-Plaintiff Rights Violations? The Right to remain free from association of state local officers practicing oppression for Religious, Racial, or Sexual reasons and to not be denied access to the courts for compensation fair and impartial Venue by a Judge, Jury nor be denied access to attorney.

Who? Defendant(s) as Listed Numerous F.R.C.P. 5 (6) and Special defendant Kenneth Kempski (aka Cole) of Missouri Florida California and Illinois * Sixth Judicial Cir. 2nd cousin 1st cousin to Mother Seminole Indian of Illinois. Springfield State Capital Records Archives Tommy Pierson and Cole Pierson aka "Crazy Macy" D.O.A. Mississippi 1950s KKK Homocide. Grandmother and Great Grandmother to special defendant and plaintiff. (Interpleader).

When? Pre-Ethanol gasoline sales of Cole Acres Farms Moultrie Co. Illinois Cole County Illinois Macon County Illinois to Des Moines Iowa to Dekalb Illinois. (1982 to 2008 retro-actively.)

Where? State to State Illinois, Florida, Missouri, California, Arizona.

How? By surveillance tactical units audio video technicians use of name(s) and a.k.a.s in Maze lock areas of Narcotics use and sales with police succinctly to infringe upon domain out of custody in public private residence and deny life, liberty interests of parental custody in custody child neglect / and abuse by investigators generally. Increased risks of hazardous health, denied options of medical treatments and alternative sentencing.

Why? To impose a Church-State, above Law and Order, Immunity clause that enforces Christian-Judeaic Identity censorship and Reversely Discriminates by Union Activity to obstruct and oppress for leeway of Ins violations access to Education, chemicals, and property for public to private financial gains.

# "Exhibits" of Kenneth Cole

| | | To the Bone |
|---|---|---|
| Special snaps ↓arrows↑ | Scars on Skull | Right thigh / Left ankle |
| Red swimsuit 7yrs | Blind right eye | Scars on Legs |
| 7yr-old daughter Kimberly | Scars Right ear | Medical malpractice 1985 2005. |
| | Intusion Right Blindness ear by toxic poison | AMA optional medical: signature denied; and 10 cc cancer by radiation (twice)" sexual assault". |
| Hospital surgical UCSD | RJD Infirmary arrest | 24 Hr Care Clayton Big Bend Rd. |
| 5-15-97 4-2004 | 11/97 to 1/4/98 | 1989 to 1990, 1982.# |
| Petitioner | Petitioner | Petitioners Mother 49 yr old. |
| | | County Jail 10-9-04 * |
| | | Sgt Harmon A 5390# |
| | | ADOC Ad seg 8-6-05 * |
| | | Warden/Deputy Warden/ Administrator. |
| | | Signed Investigatory Contract |
| Good Samaritan 10-7-04 Hospital arrest | ADOC custody. 10-30-05 Hospital | Maricopa County Jail & ADSeg |
| 1959 circa photos | (Items illegally seized) | Song Lyrics approx 2000#. |
| Uncle Freddy Hart | 6-99# and 10-99# | total 1990-1997 to 2004 AD |
| Cousin Dolly Parton | Corcoran State family visit | San Diego, Phoenix Narcotics |
| Mother Linda Sue Hines | 9 yr. old female child | squad of churches of Tom |
| Father J. Daniel Hines | c/o Cindy Smith % A. Collier | Metzger Alpine Co. |

(6)

Black
White
Rich
vs. Chance ?

with waiver?
Sex Re. ?
employment
of
prisoners?
Black
white

Brown
White
Lambs
Merger / vs.
Cty

Jobs

Fall Cty Cases
Jasco thefts
Ricky
Gonzales
Stolen
Brown

Racial / Religious / Sexual
Ethonal War
Chicken Farm Transport
2015 wash D.C.

CSE
1001
Prison
Williams

cty
Jews

Watergate Note
Interdepartment
Internal

stabbed
medical

Kelly Wango / 05
187
x2
Murder
medical
Children
killing

2 victims
Felix

in the line of duty
6 Guys

also these good facts

present
reliable W.
802 804 808

## Count Six 6

⌈Constitutional or other civil federal Right That is/was/has been⌉ Violated: Homocides by female c/o of S.L.A Terrorist Sexual Group. Mother of Plaintiff: Mrs. Linda Sue Pierson Hines DOB 1942. B'nai B'rith Child of Plaintiff: Ms. Kimmy lee lee DOB 1990. Alexian Bros. Hosp. "The right to not be selected as genocide canidate for Race, Religion, sex." ⌋

## Cause of Action: Failed Family Visit:

Wrongful Death(s). Radiation 10 c.c. sexual assaults 1982 to 1989. A.R.S. 36-339 (c) (3) Missing child D.O.A. by: (Hot-shot GHB & meth.) MIA. since 6-99. 10-99 Supporting Facts? at Corcoran State Prison CMA(cc).

Who?: Defendant(s) as "The Smith Family". c/o Cindy Smith "The Henderson Family" Mrs. Stuart Wagner Henderson. "The Gaston Family" Suzie Q and Ricky aka JJ Walker" or/ Jaffe MO Inc. *

What? Video-sexual-assault 10 cc syringe. provided by Rachel Pook Gerald Shott and Norman Richter and Dr. Miller-Jaffe Barnes Hospital. St. Louis Mo. (Corcoran Calif)#

When? 1982 to 1989; 1990 to 1997 to 1999 Oct., (1999 June), and, Sept. 2004 to Oct 2004 (in phoenix) to 2005.#

Where? Webster Groves Mo Crestwood Mo San Diego Ca. Phoenix Az. (Corcoran Calif)# ((c.c) Calif Medi Assoc., R.N. Irene Zimmerman Mcdonald.) Note.

How? Injection by syringe for "Canasta Game" Grand Ave St. Louis Mo. A.T.F. 5 USCA § 551 Federal Agency Barnetwork liquor licensed Operators.

Why? Vindictive Retaliation of Jewish Mason philosophy by Cabala for Witchcrafts.#

## Injury?

Denied property Estate value: $450,000.00 100 yr. Residence Webster Groves, Mo. Denied favored beneficiary status of codicil to a Will $100,000.00 Denied Fathers Rights Parental custody by defendants. Life, Liberty, Interests.

## Exhaustion of Remedies? yes.

11/13/06. Overfamiliarity Reported to Deputy Warden Johnson, Transient c/o: w/ M.C.S. carnival Spring Valley Calif ... Yuma Az. Paramount Ca. Los Angeles County.#

Supporting Facts: (See: Camponsino Case San Diego East County (I/m Ronnie Inman) Mexican vs. White over sexual rape.) and 1985 Jaime Martinez Gay Hate Crime Victim San Diego 4th & Broadway). as priors. defendants.

The use of audio video surveillance by Poway Pomerado Rd Cape String follow aka "Dutch Schultz productions" w/ defendants to instructionally advise A.W.O.L parollee from Board & Care Home to fight one and same Ed. "Quintana" Hernandez on 10-7-04 w/ San Diego SSU Squad for rape, kidnapping of juvenile female child.

The continued manipulations by /of with defendant (s) and plaintiff over drug sales and use to be engaged in a violent altercation w/ amnesiac condition from State Hospital over familiarized w/ defendants from scenarios of "lost expectations", theft of social security funds and controversy of quality health care as medical medicaid recipient and visually impaired prisoner parollee obstructs and oppresses plaintiff. In and Out of Custody.

The failure to stop has resulted in Rule Violations Reports that contradictory and false deny equal protection at Florence Eyman SMU II Complex from San Diego.

Duress of Imprisonment Standards to:

Injury? (5/15/97 UCSD Hosp 4/2004) (10/7/04 Good Samaritan Hosp #) Oct, Nov. 2005 PHX Gen. Co. Hosp. Apache Jct. Hosp).

Imminent Danger? Without Federal conversion of custody Y/es. W/priors from 1984 St. Louis Mo. Clayton Hospital)

Exhaustion of Remedies and Request for Relief? As of 11/13/06

Financial Compensatory and punitive damages $250,000.00 500.00 a day $25,000.00 a mo. (42 USC § 1396 r.)



JS44
(Rev. 07/89)

# CIVIL COVER SHEET

FILED
APR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**James Lynn O'Hines**

**DEFENDANTS**

**Warde[illegible]**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn O'Hines**
**PO Box 3400**
**Florence, AZ 85232**
**197067**

**ATTORNEYS (IF KNOWN)**

**'08 CV 0726 BEN BLM**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 USC 1331**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury-Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 4/18/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~ R.Mull[illegible]

