Mr. James Lynn O'Hines 197067
Name and Prisoner/Booking Number

A.S.P.C. Florence Eyman Complex SMU II
Place of Confinement

Box 3400 1-D-40 #
Mailing Address

FlORENCE Az 85232. #
City, State, Zip Code

FILED
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Mr. James Lynn O'Hines, Plaintiff,

vs.

Bivens v. Six unknown Federal Narcotic(s) Agents et al 403 US 388 (1971), Defendant(s).

CASE NO. 08CV0726 BEN (BLM)

APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER CIVIL (NON-HABEAS)

I, Mr. James Lynn O'Hines, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained? ☒Yes ☐No If "Yes," how many have you filed? Numerous #
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ☒Yes ☐No If "Yes," how many of them? All but, 1/2 approx procedural default(s)

2. Are you currently employed at the institution where you are confined? ☐Yes ☒No
If "Yes," state the amount of your pay and where you work.

3. Do you receive any other payments from the institution where you are confined? ☐Yes ☒No
If "Yes," state the source and amount of the payments.

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☒Yes ☐No

If "Yes," state the sources and amounts of the income, savings, or assets. Unestimatable". B of A deposits 1974 to 3/26/06 by Uncle Joe Coles Kleth Urban Music Capital Records BMI w/Red Stovall © Infringements Attys Bakersfield Ca. and Phoenix Az Kenneth S. Countryman. New songwriting name © Jimmy Lee Boux 3-3-08 #

I declare under penalty of perjury that the above information is true and correct.

3-7-2008
DATE

James Lynn O'Hines
SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Mr. James Lynn O'Hines, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

3-7-2008
DATE

James Lynn O'Hines
SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, ______________________, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $__________

The applicant's average monthly deposits during the prior six months is: $__________

The applicant's average monthly balance during the prior six months is: $__________

The attached certified account statement accurately reflects the status of the applicant's account.

DATE | AUTHORIZED SIGNATURE | TITLE/ID NUMBER | INSTITUTION

BK03 0 197067 20070801 01/16/08 12:32:24
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20070910 | A21269 | 0003 | 20070910 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20070913 | A21278 | 0002 | 20070913 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20070913 | A21279 | 0002 | 20070913 | POST N/L-H | 5.30 | A21 | POSTAGE |
| 20070913 | A21279 | 0003 | 20070913 | POST N/L-H | 1.82 | A21 | POSTAGE |
| 20070913 | A21279 | 0004 | 20070913 | POST N/L-H | .58 | A21 | POSTAGE |
| 20070918 | A21285 | 0001 | 20070918 | COPY LGL-H | 98.20 | A21 | LEGAL COPIES |
| 20070918 | A21286 | 0001 | 20070918 | POST LGL-H | 6.85 | A21 | LEGAL POSTAGE |
| 20070918 | A21286 | 0004 | 20070918 | POST LGL-H | 4.60 | A21 | LEGAL POSTAGE |
| 20070924 | A21296 | 0004 | 20070924 | POST LGL-H | 1.48 | A21 | LEGAL POSTAGE |
| 20070924 | A21296 | 0005 | 20070924 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070924 | A21296 | 0006 | 20070924 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20071001 | A21302 | 0016 | 20071001 | POST N/L-H | .41 | A21 | POSTAGE |
| 20071001 | A21302 | 0017 | 20071001 | POST N/L-H | .41 | A21 | POSTAGE |
| 20071002 | A21304 | 0003 | 20071002 | POST LGL-H | 1.99 | A21 | LEGAL POSTAGE |
| 20071004 | A21306 | 0001 | 20071004 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070801 01/16/08 12:32:00
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20070828 | A21252 | 0005 | 20070828 | POST LGL-H | 1.82 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0006 | 20070828 | POST LGL-H | 1.82 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0011 | 20070828 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0016 | 20070828 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| ~~20070828~~ | ~~A21252~~ | ~~0017~~ | ~~20070828~~ | ~~POST LGL-H~~ | ~~.75~~ | ~~A21~~ | ~~LEGAL POSTAGE~~ |
| 20070828 | A21252 | 0018 | 20070828 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21253 | 0007 | 20070828 | POST N/L-H | 1.99 | A21 | POSTAGE |
| 20070828 | A21253 | 0008 | 20070828 | POST N/L-H | 2.67 | A21 | POSTAGE |
| 20070828 | A21253 | 0009 | 20070828 | POST N/L-H | 1.99 | A21 | POSTAGE |
| 20070829 | A21256 | 0001 | 20070829 | COPY LGL-H | 1.50 | A21 | CERTIFIED COPIES |
| 20070830 | A21258 | 0002 | 20070830 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20070830 | A21258 | 0003 | 20070830 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070830 | A21258 | 0004 | 20070830 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070830 | A21258 | 0005 | 20070830 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070910 | A21269 | 0003 | 20070910 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070801 01/16/08 12:30:50
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20070817 | A21491 | 0012 | 20070817 | POST | LGL-H | 1.48 | A21 | LEGAL POSTAGE |
| 20070817 | A21491 | 0013 | 20070817 | POST | LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070817 | A21491 | 0014 | 20070817 | POST | LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070817 | A21488 | 0001 | 20070817 | COPY | N/L-H | 8.70 | A21 | COPIES |
| 20070817 | A21490 | 0009 | 20070817 | POST | N/L-H | 1.31 | A21 | POSTAGE |
| 20070821 | A21493 | 0005 | 20070821 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070821 | A21493 | 0007 | 20070821 | POST | LGL-H | 1.14 | A21 | LEGAL POSTAGE |
| 20070821 | A21493 | 0009 | 20070821 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070821 | A21493 | 0011 | 20070821 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070824 | A21496 | 0009 | 20070824 | COPY | LGL-H | 24.40 | A21 | NOTARY COPIES |
| 20070824 | A21497 | 0001 | 20070824 | COPY | N/L-H | 12.90 | A21 | COPIES |
| 20070828 | A21252 | 0002 | 20070828 | POST | LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0003 | 20070828 | POST | LGL-H | 4.60 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0004 | 20070828 | POST | LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20070828 | A21252 | 0005 | 20070828 | POST | LGL-H | 1.82 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070801 01/16/08 12:30:31
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20070730 | A21464 | 0020 | 20070730 | POST | N/L-H | .75 | A21 | POSTAGE |
| 20070803 | A21465 | 0007 | 20070803 | POST | N/L-H | .97 | A21 | POSTAGE |
| 20070803 | A21465 | 0008 | 20070803 | POST | N/L-H | 1.31 | A21 | POSTAGE |
| 20070808 | A21475 | 0002 | 20070808 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| ~~20070808~~ | ~~A21476~~ | ~~0002~~ | ~~20070808~~ | ~~POST~~ | ~~N/L-H~~ | ~~.41~~ | ~~A21~~ | ~~POSTAGE~~ |
| 20070809 | A21482 | 0001 | 20070809 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070809 | A21481 | 0003 | 20070809 | POST | N/L-H | .92 | A21 | POSTAGE |
| 20070814 | A21486 | 0006 | 20070814 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070814 | A21486 | 0015 | 20070814 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070814 | A21487 | 0008 | 20070814 | POST | N/L-H | .41 | A21 | POSTAGE |
| 20070814 | A21487 | 0010 | 20070814 | POST | N/L-H | .41 | A21 | POSTAGE |
| 20070814 | A21487 | 0014 | 20070814 | POST | N/L-H | .58 | A21 | POSTAGE |
| 20070817 | A21491 | 0001 | 20070817 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20070817 | A21491 | 0011 | 20070817 | POST | LGL-H | 1.14 | A21 | LEGAL POSTAGE |
| 20070817 | A21491 | 0012 | 20070817 | POST | LGL-H | 1.48 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070801 01/16/08 12:35:43
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20080107 | A21429 | 0002 | 20080107 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20080107 | A21431 | 0003 | 20080107 | HEALTH - H | 3.00 | A21 | MEDICAL 11-2-07 |
| 20080109 | A21434 | 0005 | 20080109 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080109 | A21434 | 0006 | 20080109 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080109 | A21433 | 0001 | 20080109 | COPY N/L-H | 76.20 | A21 | COPIES |
| 20080109 | A21432 | 0002 | 20080109 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080109 | A21432 | 0019 | 20080109 | POST N/L-H | .41 | A21 | POSTAGE |
| 20080109 | A21432 | 0020 | 20080109 | POST N/L-H | .58 | A21 | POSTAGE |
| 20080109 | A21432 | 0024 | 20080109 | POST N/L-H | 2.16 | A21 | POSTAGE |
| 20080114 | A21440 | 0002 | 20080114 | POST LGL-H | .97 | A21 | LEGAL POSTAGE |
| 20080114 | A21440 | 0008 | 20080114 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
END OF DATA

BK03 0 197067 20070801 01/16/08 12:34:43
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20071210 | A21403 | 0010 | 20071210 | POST LGL-H | 1.81 | A21 | LEGAL POSTAGE |
| 20071210 | A21404 | 0011 | 20071210 | POST LGL-H | 1.47 | A21 | POSTAGE |
| 20071210 | A21404 | 0012 | 20071210 | POST LGL-H | 1.64 | A21 | POSTAGE |
| 20071210 | A21401 | 0010 | 20071210 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| ~~20071212~~ | ~~A21408~~ | ~~0002~~ | ~~20071212~~ | ~~POST LGL-H~~ | ~~.75~~ | ~~A21~~ | ~~LEGAL POSTAGE~~ |
| 20071212 | A21408 | 0003 | 20071212 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071217 | A21413 | 0004 | 20071217 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071217 | A21413 | 0006 | 20071217 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20071217 | A21413 | 0009 | 20071217 | POST LGL-H | 1.81 | A21 | LEGAL POSTAGE |
| 20071217 | A21413 | 0010 | 20071217 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071217 | A21410 | 0010 | 20071217 | POST N/L-H | .75 | A21 | POSTAGE |
| 20071217 | A21410 | 0011 | 20071217 | POST N/L-H | .58 | A21 | POSTAGE |
| 20071217 | A21410 | 0013 | 20071217 | POST N/L-H | .75 | A21 | POSTAGE |
| 20080104 | A21425 | 0009 | 20080104 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20080107 | A21429 | 0002 | 20080107 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...



BK03 0 197067 20070801 01/16/08 12:33:52
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20071114 | A21369 | 0006 | 20071114 | POST | N/L-H | 1.65 | A21 | POSTAGE |
| 20071114 | A21369 | 0007 | 20071114 | POST | N/L-H | 1.48 | A21 | POSTAGE |
| 20071120 | A21377 | 0001 | 20071120 | COPY | LGL-H | 52.60 | A21 | NOTARY & COPIES |
| 20071120 | A21376 | 0001 | 20071120 | POST | LGL-H | .97 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0002 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0003 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0004 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0005 | 20071120 | POST | LGL-H | 1.47 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0006 | 20071120 | POST | LGL-H | 1.47 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0007 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0008 | 20071120 | POST | LGL-H | 1.64 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0012 | 20071120 | POST | LGL-H | .92 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0016 | 20071120 | POST | LGL-H | 1.48 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0022 | 20071120 | POST | LGL-H | 2.49 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0023 | 20071120 | POST | LGL-H | 4.60 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070801 01/16/08 12:34:16
DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3
ADC#: 197067 - Inmate Bank Account From: 20080101
For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|---|
| 20071120 | A21376 | 0023 | 20071120 | POST | LGL-H | 4.60 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0026 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0031 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071120 | A21376 | 0032 | 20071120 | POST | LGL-H | .58 | A21 | LEGAL POSTAGE |
| ~~20071120~~ | ~~A21376~~ | ~~0034~~ | ~~20071120~~ | ~~POST~~ | ~~LGL-H~~ | ~~.92~~ | ~~A21~~ | ~~LEGAL POSTAGE~~ |
| 20071120 | A21376 | 0037 | 20071120 | POST | LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071121 | A21381 | 0001 | 20071121 | POST | N/L-H | 3.00 | A21 | POSTAGE |
| 20071121 | A21381 | 0003 | 20071121 | POST | N/L-H | .41 | A21 | POSTAGE |
| 20071121 | A21381 | 0014 | 20071121 | POST | N/L-H | .58 | A21 | POSTAGE |
| 20071210 | A21404 | 0001 | 20071210 | POST | LGL-H | 1.48 | A21 | POSTAGE |
| 20071210 | A21404 | 0002 | 20071210 | POST | LGL-H | 1.48 | A21 | POSTAGE |
| 20071210 | A21404 | 0003 | 20071210 | POST | LGL-H | 2.67 | A21 | POSTAGE |
| 20071210 | A21404 | 0004 | 20071210 | POST | LGL-H | 7.50 | A21 | POSTAGE |
| 20071210 | A21404 | 0005 | 20071210 | POST | LGL-H | 2.33 | A21 | POSTAGE |
| 20071210 | A21403 | 0010 | 20071210 | POST | LGL-H | 1.81 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00
MORE...

BK03 0 197067 20070801 01/16/08 12:32:49

DOCPCICS-C DISP Arizona Department Of Corrections PAGE 3

ADC#: 197067 - Inmate Bank Account From: 20080101

For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20071004 | A21306 | 0001 | 20071004 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071004 | A21306 | 0002 | 20071004 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071004 | A21306 | 0005 | 20071004 | POST LGL-H | 1.31 | A21 | LEGAL POSTAGE |
| 20071004 | A21307 | 0001 | 20071004 | POST N/L-H | .41 | A21 | POSTAGE |
| 20071004 | A21309 | 0004 | 20071004 | POST N/L-H | .41 | A21 | POSTAGE |
| 20071009 | A21313 | 0007 | 20071009 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071009 | A21313 | 0008 | 20071009 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071009 | A21313 | 0009 | 20071009 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071009 | A21313 | 0010 | 20071009 | POST LGL-H | .41 | A21 | LEGAL POSTAGE |
| 20071012 | A21316 | 0001 | 20071012 | COPY LGL-H | 36.80 | A21 | LEGAL COPIES |
| 20071015 | A21320 | 0004 | 20071015 | POST LGL-H | 1.47 | A21 | LEGAL POSTAGE |
| 20071015 | A21320 | 0007 | 20071015 | POST LGL-H | 1.81 | A21 | LEGAL POSTAGE |
| 20071015 | A21320 | 0008 | 20071015 | POST LGL-H | 2.33 | A21 | LEGAL POSTAGE |
| 20071015 | A21320 | 0009 | 20071015 | POST LGL-H | 2.67 | A21 | LEGAL POSTAGE |
| 20071015 | A21320 | 0010 | 20071015 | POST LGL-H | 2.84 | A21 | LEGAL POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00

MORE...

BK03 0 197067 20070801 01/16/08 12:33:2

DOCPCICS-C DISP Arizona Department Of Corrections PAGE

ADC#: 197067 - Inmate Bank Account From: 20080101

For : HINES, JAMES L. Loc: A21 ASPC-E SMU II To:

| Post Dte | Batch# | Item | D/W Date | Type | Amount | Refrnc | Remitter |
|---|---|---|---|---|---|---|---|
| 20071015 | A21320 | 0010 | 20071015 | POST LGL-H | 2.84 | A21 | LEGAL POSTAGE |
| 20071015 | A21320 | 0012 | 20071015 | POST LGL-H | 4.60 | A21 | LEGAL POSTAGE |
| 20071015 | A21318 | 0006 | 20071015 | POST N/L-H | .41 | A21 | POSTAGE |
| 20071015 | A21318 | 0007 | 20071015 | POST N/L-H | .41 | A21 | POSTAGE |
| ~~20071024~~ | ~~A21335~~ | ~~0003~~ | ~~20071024~~ | ~~POST LGL-H~~ | ~~1.82~~ | ~~A21~~ | ~~LEGAL POSTAGE~~ |
| 20071024 | A21336 | 0004 | 20071024 | POST N/L-H | 1.48 | A21 | POSTAGE |
| 20071026 | A21340 | 0001 | 20071026 | COPY N/L-H | 31.10 | A21 | COPIES |
| 20071026 | A21350 | 0007 | 20071026 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20071030 | A21351 | 0002 | 20071030 | POST LGL-H | 1.65 | A21 | LEGAL POSTAGE |
| 20071030 | A21353 | 0001 | 20071030 | POST N/L-H | .92 | A21 | POSTAGE |
| 20071105 | A21358 | 0012 | 20071105 | POST LGL-H | 1.65 | A21 | LEGAL POSTAGE |
| 20071109 | A21363 | 0013 | 20071109 | POST LGL-H | .58 | A21 | LEGAL POSTAGE |
| 20071109 | A21367 | 0010 | 20071109 | LGL SUPL-H | 2.88 | A21 | LEGAL SUPPLIES |
| 20071114 | A21368 | 0002 | 20071114 | POST LGL-H | .75 | A21 | LEGAL POSTAGE |
| 20071114 | A21369 | 0006 | 20071114 | POST N/L-H | 1.65 | A21 | POSTAGE |

Bgn Bal: 0.00 Current Bal: 6.00 Spendable Bal: 0.00

MORE...