FILED

MAY - 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES, CDCR # K-86989,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN, A.S.P.C., *et al.*,<br><br>Defendants. | Civil No.    08cv0726 BEN (BLM)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff James Lynn O'Hines, an inmate currently incarcerated at the Arizona State Prison Complex in Florence, Arizona, has filed what appears to be a civil rights Complaint. Dkt. No. 1 (Apr. 18, 2008). Instead of paying the $350.00 filing fee required under 28 U.S.C. § 1914(a), he moves to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Dkt. No. 2 (Apr. 23, 2008). For the reasons set forth below, the Court denies the motion and dismisses this action without prejudice.

## DISCUSSION

### I.    Legal Standard

Section 1915 of Title 28 of the United States Code allows indigent litigants to pursue civil litigation *in forma pauperis*. 28 U.S.C. § 1915(a)(2). The Prison Litigation Reform Act, however, amends section 1915 to include a "three strikes" rule. 28 U.S.C. § 1915(g); *Andrews v. King*, 398 F.3d 1113, 1116 n.1 (9th Cir. 2005) ("[Section 1915(g)] is commonly known as the 'three strikes' provision."). "Strikes" refer to prior cases or appeals that were (1) brought while the plaintiff was a prisoner; and (2) dismissed as frivolous or malicious or for failure to state a claim. 28 U.S.C. § 1915(g).

1  Under this rule, prisoners who have three or more strikes may not proceed *in forma pauperis,* unless they

2  make a plausible allegation that they faced imminent danger of serious physical injury at the time of

3  filing. *Id.*; *Andrews v. Cervantes,* 493 F.3d 1047, 1051-52 (9th Cir. 2007) (noting section 1915(g)'s

4  exception).

5  **II.     Application of 28 U.S.C. § 1915(g)**

6          O'Hines' six-page handwritten Complaint – containing three pages of drawings and scribbled

7  notes – is virtually impossible to decipher. Dkt. No. 1 at 4, 5, 8. His allegations under the heading

8  "Cause of Action" fail to shed any light on the factual basis of his claims:

9          . . .

10          Why? Child Custody and Los Angeles Brentwood Homocides Racially Motivated
            from 1982-1989-1996-1999 to 2004 to 2008 "Seminoles"

11          . . .

12          Prisoner Plaintiff Rights Violation(s)? The Rights to remain free from association
            of state local officers practicing oppression for Religious, Racial, or Sexual reasons

13          and to not be denied access to the courts for compensation fair and impartial venue
            by a Judge, Jury nor be denied access to attorney.

14  *Id.* at 2. Construed liberally, the Complaint alleges only monetary damage and loss of custodial rights.

15  *See id.* at 6. Nowhere in the Complaint does O'Hines suggest that he faced "imminent danger of serious

16  physical injury" at the time of filing. Accordingly, section 1915(g) applies to this Complaint; O'Hines

17  may not proceed *in forma pauperis* if he has three strikes or more. 28 U.S.C. § 1915(g).

18          To determine the number of O'Hines' strikes, the Court may take notice of proceedings in all

19  courts, "if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson*

20  *Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir. 1992). Here, the Court takes

21  judicial notice of O'Hines previous filings in the Eastern and Southern Districts of California. These

22  filings reveal that while incarcerated, O'Hines has been a frequent litigant, using aliases such as "Jim

23  Hines" and "Jackson Malloy," and that at least seven of his actions were dismissed as frivolous or for

24  failure to state a claim:

25          (1)    *Hines v. City of San Diego Police Dep't,* No. 00cv0969 K (LAB) (S.D. Cal. June 21,

26                 1999) (failure to state a claim);

27          (2)    *Malloy v. Kowolski,* No. 00cv1186 W (LAB) (S.D. Cal. June 30, 2000) (frivolous);

28          (3)    *Hines v. Hissong,* No. 00cv1177 JM (NLS) (S.D. Cal. July 14, 2000) (frivolous);

1    (4)    *Malloy v. Corcoran Prison*, No. 00cv5660 REC (DLB) (E.D. Cal. Sept. 25, 2000)

2    (frivolous);

3    (5)    *Hines v. Jaffe*, No. 00cv2078 W (CGA) (S.D. Cal. Nov. 7, 2000) (frivolous);

4    (6)    *Malloy v. Galaza*, No. 00cv5647 AWI (HGB) (E.D. Cal. Dec. 13, 2000) (failure to state

5    a claim); and

6    (7)    *Malloy v. Corcoran Prison*, No. 99cv6647 REC (SMS) (E.D. Cal. Dec. 15, 2000)

7    (frivolous and failure to state a claim).

8   Accordingly, O'Hines has accumulated more than three strikes under section 1915(g). Because in this

9   action, he has failed to allege that he faced imminent danger of serious physical injury, he cannot

10  proceed *in forma pauperis*. *See Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984) ("[C]ourt

11  permission to proceed [*in forma pauperis*] is itself a matter of privilege and not right.").

12                                        **CONCLUSION AND ORDER**

13           For the reasons set forth above, the Court denies O'Hines' motion to proceed *in forma pauperis*

14  and dismisses this action without prejudice pursuant to 28 U.S.C. § 1914(a) for failure to prepay the

15  $350.00 filing fee. The Court reminds O'Hines that while he is incarcerated, he may not proceed *in*

16  *forma pauperis* in any federal court pursuant to 28 U.S.C. § 1915(a), unless he is in "imminent danger

17  of serious physical injury." 28 U.S.C. § 1915(g).

18           The Court further certifies that any *in forma pauperis* appeal from this Order would not be taken

19  "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir.

20  1977) (indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not

21  be frivolous).

22           The Clerk shall close the file.

23           IT IS SO ORDERED.

24  Dated: May ___, 2008

25

26  Roger T. Benitez
    United States District Judge

27

28

3                                                                                          08cv0726