# UNITED STATES DISTRICT COURT

### Southern District of California

James Lynn O'Hines

                        Plaintiff,

v.                                                   Case No.: 3:08–cv–00726–BEN–BLM

                                                           Judge  Roger T. Benitez

Warden, et al.

                        Defendant.

### JUDGMENT IN A CIVIL CASE

    \_\_\_\_\_      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    \_\_**X**\_\_      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Cout denies Plaintiff James Lynn O'Hines' Motion for Leave to Proceed in forma pauperis without prejudice for failure to prepay the $350.00 filing fee.

                                                                                            W. Samuel Hamrick, Jr.,
                                                                                                      Clerk of the Court

Date: 5/12/08

                                                                                 By: s/ J. Hathaway, Deputy Clerk

                                                                                      ENTERED ON: May 12, 2008